

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00559-CR

Stanley Foster **BAKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1755-CR-A
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 21, 2018.

_____
Irene Rios, Justice